### 8061.  HUDSON *v.* GUNN.

JENKINS, J.  1.  In this State the lien of a mortgage does not pass title or carry with it the right of possession by the mortgagee.  Civil Code (1910), § 3256.

(*a*)  The mortgagee can not, by an attempted purchase of mortgaged property, divest an intervening title of which notice is had.  *McIntyre* v. *Ferst's Sons & Co.,* 101 *Ga.* 682 (28 S. E. 989; *Booze* v. *Neal,* 6 *Ga. App.* 279 (2), 281 (64 S. E. 1104).

(b) The issue in an action of trover is ordinarily one of title. *Berry* v. *Jackson*, 115 *Ga.* 196 (41 S. E. 698, 90 Am. St. R. 102); *Harden* v. *Lang*, 110 *Ga.* 392, 397 (36 S. E 100); *Campbell* v. *Trunnell*, 67 *Ga.* 518. The object of such a suit is the recovery of specific property claimed, or its equivalent in money. *Milltown Lumber Co.* v. *Carter*, 5 *Ga. App.* 344 (63 S. E. 270). In such an action it is only incumbent on the plaintiff to show his title, conversion by the defendant, and, where he elects to take a money judgment, the value of the property. *Pryor* v. *Brady*, 115 *Ga.* 848, 850 (42 S. E. 223); *Rushin* v. *Tharpe*, 86 *Ga.* 779, 780 (15 S. E. 830); *White* v. *White*, 71 *Ga.* 670 (2).

2. While one holding title under a mortgagor can not acquire an interest in the property adverse to rights of the mortgagee of which he had previous notice (*Towler* v. *Carithers*, 4 *Ga. App.* 517, 61 S. E. 1132), still a judgment for the property sued for may be rendered in trover in favor of one so claiming and against such a mortgagee in possession, without a tender of the amount due on the mortgage, such a recovery being in fact subject to the mortgagee's right of foreclosure. In those jurisdictions in which a mortgage passes title a different rule may obtain, and the plaintiff in trover might be required to tender the amount due on such mortgage as a prerequisite to his action.

*Judgment affirmed. Broyles, P. J., and Bloodworth, J., concur.*

DECIDED MAY 11, 1917.

Trover; from Warren superior court—Judge Walker. October 4, 1916.

*L. D. McGregor,* for plaintiff in error.   *M. L. Felts,* contra.